**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No.: 2:18-mn-2873-RMG<br><br>**This document relates to:**<br>See Exhibit A Attached Hereto |

<u>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**</u>

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs in the actions identified in Exhibit A attached hereto and Defendants Tyco Fire Products LP ("Tyco"), Chemguard, Inc. ("Chemguard"), and ChemDesign Products, Inc. ("ChemDesign") hereby stipulate and agree to a dismissal with prejudice of all Plaintiffs' Claims against Tyco, Chemguard, ChemDesign, and any other Released Parties[1] in the actions identified in Exhibit A pursuant to Plaintiffs' decision to participate in the Settlement Agreement Between Public Water Systems and Tyco dated April 12, 2024 (the "Settlement Agreement"), which received final approval on November 22, 2024, from the Court overseeing *In Re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873 (D.S.C.).

Each party shall bear its own costs.

---

[1] Unless otherwise indicated, all capitalized terms in this motion have the meaning given to them in the Settlement Agreement.

1

Dated:  April 25, 2025              Respectfully submitted,

*/s/Andrew Croner*_____        s/ *David E. Dukes*_____
Andrew Croner                        David E. Dukes
NAPOLI SHKOLNIK, PLLC        Nelson Mullins Riley & Scarborough LLP
360 Lexington Avenue, 11th Fl.        1320 Main Street / 17th Floor
New York, New York 10017       Post Office Box 11070 (29211-1070)
(212) 397-1000                      Columbia, SC  29201
acroner@napolilaw.com           david.dukes@nelsonmullins.com
                                       (803) 799-2000

*Counsel for Plaintiffs Listed on Exhibit A*

                                   */s/ Liam J. Montgomery*_____
                                   Liam J. Montgomery
                                   WILLIAMS & CONNOLLY LLP
                                   680 Maine Ave SW
                                   Washington, DC 20024
                                   (202) 434-5000
                                   lmontgomery@wc.com

                                   *Counsel for Defendants Tyco Fire Products LP*
                                   *and Chemguard, Inc.*

                                   */s/ Jonathan B. Blakely*_____
                                   Jonathan B. Blakley
                                   Gordon Rees Scully Mansukhani
                                   One North Wacker, Suite 1600
                                   Chicago, IL 60606
                                   (312) 619-4915
                                   jblakley@grsm.com

                                   *Counsel for ChemDesign Products, Inc.*